## United States District Court for the Northern District of Illinois

Case Number: 08CV2880    Assigned/Issued By: DAJ

Judge Name: ANDERSEN    Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP         ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2786228

Date Payment Rec'd: 05/16/08    Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __05/16/08__ as to HARTFORD LIFE
                                      (Date)
INSURANCE COMPANY.

C:\wpwin80\docket\feeinfo.frm    03/14/05