


AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
STATE OF ILLINOIS
MAY 2 0 2008
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

**SUMMONS IN A CIVIL CASE**

Florence Suchomski,
Plaintiff

V.

The Hartford Life Insurance Company, and Dress Barn Incorporated Group Long Term Disability Plan,
Defendants

CASE NUMBER: 08 cv 2880

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

The Hartford Life Insurance Company, and Dress Barn Incorporated Group Long Term Disability Plan
c/o The Illinois Director of Insurance
The James R. Thompson Center
100 W. Randolph Avenue
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe, Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_Jacqueline Holliman_
(By) DEPUTY CLERK

May 19, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/20/08 |
| NAME OF SERVER (PRINT) Kalinda Piper | TITLE Office Clerk |

Check one box below to indicate appropriate method of service

- ☒ Served personally upon the defendant. Place where served: James R Thompson Center 100 W Randolph Chicago, IL 60601

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/20/08
                  Date

Signature of Server

55 W Monroe St Ste 2440 Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.