U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                      Case Number: 08-CV-2880

Florence Suchomski,
v.
The Hartford Life Insurance Company, and Dress Barn
Incorporated Group Long Term Disability Plan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hartford Life Insurance Company and Dress Barn Incorporated Group Long Term Disability Plan.

| NAME (Type or print) |
| --- |
| Joseph R. Jeffery |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joseph R. Jeffery |
| FIRM |
| Chittenden, Murday & Novotny LLC |
| STREET ADDRESS |
| 303 West Madison Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06239226 | 312.281.3627 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |