IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FLORENCE SUCHOMSKI,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE HARTFORD LIFE INSURANCE** )<br>**COMPANY, and DRESS BARN** )<br>**INCORPORATED GROUP LONG TERM** )<br>**DISABILITY PLAN,** )<br>)<br>**Defendants.** ) | **Case No. 08-CV-2880** |

## NOTICE OF MOTION

TO:   Mark D. DeBofsky
    Daley, DeBofsky & Bryant
    55 W. Monroe St., Suite 2440
    Chicago, IL  60602

**PLEASE TAKE NOTICE** that on the **12th** day of **June 2008** at **9:00 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Wayne R. Anderson or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 1403** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendants' **Initial Motion for Extension of Time**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois this **5th** day of **June 2008.**

                    **HARTFORD LIFE AND ACCIDENT**
                    **INSURANCE COMPANY**


                    By:   /s/Joseph R. Jeffery
                         One of its Attorneys

Donald A. Murday
Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HA815\41198-Suchomski\PLDGS\NOM - Ext time.doc

## *Certificate of Service*

I hereby certify that on **June 5, 2008** I electronically filed the foregoing Defendant Hartford Life and Accident Insurance Company and Dress Barn Incorporated Group Long Term Disability Plan's Initial Motion for Extension of Time with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

>Mark D. DeBofsky, Esq.
>Daley, DeBofsky & Bryant
>55 W. Monroe Street, Suite 2440
>Chicago, Illinois  60603
>mdebofsky@ddbchicago.com

**DATED** this **5th** day of **June, 2008.**

>_/s/ Joseph R. Jeffery
>CHITTENDEN, MURDAY & NOVOTNY LLC
>303 West Madison Street, Suite 1400
>Chicago, Illinois  60606
>(312) 281-3600
>(312) 281-3678 (fax)
>jjeffery@cmn-law.com