# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Florence Suchomski

                                      Plaintiff,

v.                                            Case No.: 1:08−cv−02880

                                                        Honorable Wayne R. Andersen

Hartford Life Insurance Company, The, et al.

                                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                              /s/ Wayne R. Andersen

                                                             United States District Judge